# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-23-00099-CV

**PBAC 507 Holdings, LLC, Appellant**

**v.**

**ESA P Portfolio, LLC, Appellee**

### FROM THE 126TH DISTRICT COURT OF TRAVIS COUNTY
### NO. D-1-GN-22-006521, THE HONORABLE AURORA MARTINEZ-JONES, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant's brief was originally due on May 2, 2023. After this Court granted multiple motions requesting an extension of time to file its brief, the Court ordered appellant to file its brief no later than August 30, 2023, and advised counsel that no further extensions would be granted. Appellant's prior counsel filed a motion for withdrawal on August 25, 2023. Appellant's newly substituted counsel filed a fifth motion, requesting that the Court extend the time for filing appellant's brief. In granting the most recent extension, the Court ordered appellant to file its brief no later than September 29, 2023, and advised it that no further extensions would be granted, even if future changes of counsel were to occur.

To date, the brief has not been tendered for filing and is overdue. Accordingly, we dismiss this appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

_____

Gisela D. Triana, Justice

Before Justices Baker, Triana, and Smith

Dismissed for Want of Prosecution

Filed:   October 10, 2023